UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRAVIS LAMONE BENJAMIN
    Plaintiff,
v.                                      Case No. 3:23-cv-5402/TKW/ZCB

PRUET PRODUCTION CO.
    Defendant.
_____/

**O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 7). After the R&R was entered, Plaintiff filed a document titled "Proving an Official Record" (Doc. 8), which will be treated as an objection to the R&R because it asserts that all documents in this case "need to be properly recorded and judged."

Upon due consideration of the R&R and Plaintiff's objection, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of subject-matter jurisdiction. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice for lack of subject matter

jurisdiction.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 24th day of April, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No.: 3:23cv5402/TKW/HTC